IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>EMILIO EQUIHUA-SANCHEZ,<br><br>                    Defendant. | CR NO:  2:11-CR-00012-GEB |

FILED
JUL 30 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum       ☐ Ad Testificandum

Name of Detainee: EMILIO EQUIHUA-SANCHEZ
Detained at: La Palma Correctional Center (LPCC)
Detainee is:
  a.) ☒ charged in this district by:  ☒ Indictment  ☐ Information  ☐ Complaint
      charging detainee with:  Deported Alien Found in the United States
or
  b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
  a.) ☐ return to the custody of detaining facility upon termination of proceedings
or
  b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary FORTHWITH in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ Nirav Desai |
| Printed Name & Phone No: | AUSA Nirav Desai/916-554-2716 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum       ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated:  7/30/14                                    _/s/ Dale A. Drozd_
                                                           Honorable Dale A. Drozd
                                                           U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | NA | ☒ Male | ☐ Female |
| Booking or CDC #: | AG1085 | DOB: | 7/15/64 |
| Facility Address: | 5501 North La Palma Rd., Eloy, AZ 85131 | Race: | |
| Facility Phone: | 800-624-2931 | FBI#: | |
| Currently | | | |

### RETURN OF SERVICE

Executed on: _____     _____
                                           (signature)