HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
EMILIO EQUIHUA-SANCHEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:11-CR-00012-TLN |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| EMILIO EQUIHUA-SANCHEZ, | DATE: December 4, 2014 |
| | TIME: 9:30 a.m. |
| Defendant. | JUDGE: Hon. Troy L. Nunley |

It is hereby stipulated and agreed to between the United States of America through NIRAV DESAI, Assistant U.S. Attorney and defendant EMILIO EQUIHUA-SANCHEZ by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for October 30, 2014 be continued to December 4, 2014 at 9:30 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv) [reasonable time for counsel to prepare] (Local Code T4).

| | |
|---|---|
| DATED: October 23, 2014 | Respectfully submitted, |
| | HEATHER E. WILLIAMS<br>Federal Defender |
| | */s/ Benjamin Galloway*<br>BENJAMIN GALLOWAY<br>Assistant Federal Defender<br>Attorney for Defendant<br>EMILIO EQUIHUA-SANCHEZ |
| DATED: October 23, 2014 | BENJAMIN B. WAGNER<br>United States Attorney |
| | */s/ Nirav Desai*<br>NIRAV DESAI<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

The Court orders that the time from the date of the parties stipulation, up to and including December 4, 2014, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] (Local Code T4). It is further ordered that the October 30, 2014 status conference shall be continued until December 4, 2014, at 9:30 a.m.

Dated: October 24, 2014

Troy L. Nunley
United States District Judge