HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
Emilio Equihua-Sanchez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> EMILIO EQUIHUA-SANCHEZ, <br><br> Defendant. | NO. 2:11-cr-00012 TLN <br><br> STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA AND SENTENCING <br><br> DATE: February 12, 2015 <br> TIME:  9:30 AM <br> JUDGE: Hon. Troy L. Nunley |

It is hereby stipulated and agreed to between the United States of America through Nirav Desai, Assistant U.S. Attorney, and defendant Emilio Equihua-Sanchez by and through his counsel, Benjamin Galloway, Assistant Federal Defender, that the status conference set for January 8, 2015 be continued to February 12, 2015 at 9:30 a.m. for change of plea and judgment and sentencing.

The continuance is requested to allow time for preparation of a pre-plea presentence report pursuant to the Fast Track program. The additional time will also be used to review discovery with the defendant in preparation for a change of plea. The parties stipulate that the Court should find the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendants in a speedy trial. Speedy trial time is to be excluded from the date of this order through the date of the change of plea set for to February 12, 2015

*U.S. v. Emilio Equihua-Sanchez*
Stipulation and Order

-1-

pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: January 5, 2015                       Respectfully submitted,

                                             HEATHER E. WILLIAMS
                                             Federal Defender

                                             */s/ Benjamin Galloway*
                                             Benjamin D. Galloway
                                             Assistant Federal Defender
                                             Attorney for Defendant
                                             Emilio Equihua-Sanchez

DATED: January 5, 2015                       BENJAMIN B. WAGNER
                                             United States Attorney

                                             */s/ Benjamin Galloway for*
                                             Michele M. Beckwith
                                             Assistant U.S. Attorney
                                             Attorney for Plaintiff

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendants in a speedy trial.

The Court orders that the time from the date of the parties stipulation, January 5, 2015 up to and including February 12, 2015, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv) T4 [reasonable time for counsel to prepare] (Local Code T4). It is further ordered that the January 8, 2015 status conference shall be continued until February 12, 2015, at 9:30 a.m.

DATED: January 5, 2015

                                             _____
                                             Troy L. Nunley
                                             United States District Judge